**51]**    *HAMILTON COUNTY, APRIL TERM, 1832.

JUDGES—HITCHCOCK AND WRIGHT.

---

LONGWORTH'S LESSEE *v.* THE BANK OF THE UNITED STATES.

Ejectment—vague description—parol explanation.

A deed for thirty acres of land, in sec. 12, *or* in sec. 7, *or a part in both*, being an undivided thirty acres of a tract of seventy acres, is vague, and conveys no title.

Such a deed is incapable of explanation by parol.

EJECTMENT for thirty acres of land.  The parties admitted that both claimed under D. Symmes.

The plaintiff offered in evidence, an administrator's deed, made in pursuance of an order of sale in the Court of Common Pleas, in 1821, conveying thirty acres in fractional sec. 12, of the 4th township, and 1st range, or a fractional sec. 7, of the 3d township, and 1st range, *or a part in both,* being an undivided thirty acres of a tract of seventy acres.

*Caswell* and *Starr,* for defendants, objected to this deed as void, for uncertainty.

*V. Worthington,* contra.

BY THE COURT.  The deed is totally vague and uncertain upon its face, and is therefore inadmissible in evidence; and we think it not susceptible of explanation, as the defect is patent.

[*See s. c. 6 O.* 536.]